**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 2 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, ADDITIONAL SECURITY BENEFIT FUND, VACATION & HOLIDAY FUND, TRADE EDUCATION FUND AND 401(k) SAVINGS PLAN and GEORGE W. REILLY, as Business Manager of LOCAL UNION NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA,

        Plaintiffs,

-against-

ARROW PLUMBING & HEATING CORP. and NICHOLAS MOCCIA,

        Defendants.

05 Civ. 2600 (JG)

**CONSENT JUDGMENT**

In accordance with the attached Settlement Agreement, the terms of which are incorporated herein by reference, the Court hereby enters Judgment as follows:

1. Judgment is entered in favor of plaintiffs Trustees of the Plumbers Local No. 1 Welfare Fund, Additional Security Benefit Fund, Vacation & Holiday Fund, Trade Education Fund and 401(k) Savings Plan and George W. Reilly, as Business Manager of Local Union No. 1 of the United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada (the "Plaintiffs") and against Defendants Arrow Plumbing & Heating Corp. and Nicholas Moccia (the "Defendants") in the amount of $1,946.40 representing attorneys' fees and costs.

2. Defendants shall pay Plaintiffs this Judgment of $1,946.40 in accordance with the terms and conditions of the attached Settlement Agreement. So long as the Defendants adheres to the terms and conditions of the Settlement Agreement, including paragraph 1 of the Settlement Agreement, Plaintiffs shall take no action to enforce this Judgment by any other means.

3. In the event any payment under paragraph 1 of the Settlement Agreement is not made when due, Plaintiffs or their authorized agent shall mail certified mail return receipt requested or deliver a notice of such default addressed to Paul Hollender, Esq., Corash & Hollender, PC, 1200 South Avenue, Suite 201, Staten Island New York 10314, unless the Defendants shall have notified Plaintiffs in writing of another address for the giving of such notice. Such default may be cured by making payment of the installment or installments then due to Plaintiffs within five business days of receipt of Plaintiffs' notice of default.

4. In the event that Defendants fail to adhere to the terms and conditions of the Settlement Agreement, including paragraphs 1 and 4 of the Settlement Agreement, Plaintiffs may file an affidavit with this Court with regard to such failure. The then remaining balance shall equal $1,946.40, less any payments made by the Defendants under the Settlement Agreement.

5. Upon the filing of such an affidavit, Plaintiffs will be entitled to enforce this Judgment with respect to such remaining balance by all means permitted by law.

6.  Jurisdiction is retained solely to assure compliance with the terms of the Consent Judgment and the attached Settlement Agreement.

Dated: July 26, 2006

We stipulate to and request entry
of this Consent Judgment

TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, ADDITIONAL SECURITY BENEFIT FUND, VACATION & HOLIDAY FUND, TRADE EDUCATION FUND AND 401(k) SAVINGS PLAN,

By: *George W. Reilly*
Name: George W. Reilly
Title: Trustee

LOCAL UNION NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA

By: *George W. Reilly*
Name: George W. Reilly
Title: Business Manager

ARROW PLUMBING & HEATING CORP.

By: _____
Name: Nicholas Moccia
Title: Pres.

NICHOLAS MOCCIA

By: _____

So ordered

s/John Gleeson

USDJ
7-28-06

-3-

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF Richmond )

On July 26, 2006, before me personally came NICHOLAS MOCCIA to me known, who, by me duly sworn, did depose and say that deponent resides at 40 Everett Ave. S.I. N.Y. , that deponent is the party described herein, and that deponent executed the foregoing Settlement Agreement, and was authorized to do so.

_____
Notary Public

SUSAN CUPO
Notary Public - State of New York
No. 01CU4984003
Qualified in Richmond County
My Commission Expires July 8, 2007

-5-